**Order filed July 19, 2016**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00925-CV
_____

## IN THE INTEREST OF R.S.T., A CHILD, Appellant

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2011-54295**

---

## O R D E R

The clerk's record was filed December 4, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Motion to Modify filed September 3, 2014.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 27, 2016, containing Motion to Modify filed September 3, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM